THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS DAVIS, Appellant.

Having failed to raise any objection to the adequacy of the plea allocution in the court of first instance, defendant has failed to preserve the issue for appellate review as a matter of law (*People v Pellegrino,* 60 NY2d 636). Furthermore, we conclude

that a reversal is not warranted in the interest of justice (*see, People v Harris,* 61 NY2d 9).

We have considered the defendant's remaining contentions and find them to be without merit (*see, People v Morse,* 62 NY2d 205; *People v Vasquez,* 104 AD2d 1012; *People v Cates,* 104 AD2d 895). Lazer, J. P., Gibbons, O'Connor and Weinstein, JJ., concur.